IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:23-mj-04422 |
| v. | ) | |
| | ) | |
| PATRICK CASH | ) | JUDGE NEWBERN |

## ORDER

This matter comes before the Court on the United States' Motion to un-Seal the Complaint, Arrest Warrant, other associated documents, and the Detention Motion (DE 1 – 5). Based upon the representations in that Motion, the Motion is hereby GRANTED, and it is hereby ORDERED, that the complaint, arrest warrant, other associated documents, and the detention motion are to be unsealed.

It is SO ORDERED on this 8th day of November, 2023.

_____
HONORABLE ALISTAIR E. NEWBERN
UNITED STATES MAGISTRATE JUDGE

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:23-mj-04422 |
| v. ) | |
| ) | JUDGE NEWBERN |
| PATRICK CASH ) | |

## MOTION TO UNSEAL COMPLAINT AND DETENTION MOTION

The United States of America, by and through Henry C. Leventis, United States Attorney, and Joshua Kurtzman, Assistant United States Attorney, hereby moves the Court, to unseal the Complaint, Statement in Support of the Complaint, Arrest Warrant, other associated documents, and the Detention Motion (DE 1 – 5) in the above captioned case.

The defendant has been arrested. Consequently, the complaint, arrest warrant, other associated documents, and the detention motion no longer need to be under seal. A proposed ORDER is attached to this Motion.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney
Middle District of Tennessee

*/s/ Joshua Kurtzman*
Joshua Kurtzman
Assistant United States Attorney

1